## CONTINUATION IN SUPPORT OF APPLCIATION FOR ARREST WARRANT

I, Kyle Rademacher, being duly sworn, depose and state as follows:

### Introduction

1. This continuation is submitted for the purpose of obtaining a criminal complaint and arrest warrant for TASHAWN TERELL TAYLOR for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1)

2. I have been a Special Agent with the ATF since August 2024. My responsibilities include the investigation and enforcement of criminal violation of Titles 18 and 21 of the United States Code. I am currently assigned to the Grand Rapids Field Office, Group I. I have had extensive training at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. Prior to working for the ATF, I was a Trooper with the Michigan State Police (MSP) for over ten years. During my tenure with the MSP, I responded to calls for service, investigated violations of criminal law, executed search warrants, and made arrests.

3. The following statement is being submitted for the limited purpose of charging TASHAWN TERELL TAYLOR with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). This continuation contains only a summary of relevant facts, which come from my personal observations, training, experience, and information obtained from other witnesses. I have not included each and every fact known by me or the government concerning this investigation. I have set forth only

the facts I believe are necessary to establish probable cause to believe the defendant committed the offense alleged in the complaint.

## Probable Cause

4. On September 7, 2024, GRPD responded to a report of an armed robbery at a residence on 6th St NW Apt 1. When officers arrived, they spoke with witness E.C. near 7th St and McReynolds Ave. E.C. advised the following. She had just been robbed at gunpoint by a male wearing an all-grey hoodie and sweatpants. He also was wearing a black "shiesty" mask. He took her iPhone and had a small black handgun when he robbed her. As E.C. was giving her statement, she and officers walked toward the backyard of the residence on 6th St. They observed a black male walking on the north sidewalk in front of the residence. E.C. exclaimed, "That's him, that's him!" Officers arrested the male and identified him as TASHAWN TERELL TAYLOR.

5. GRPD continued the interview with E.C. She advised the following. She was at a party at the residence. While there, she was "snatched up" by TAYLOR. He pulled out a small black handgun and pressed it against the side of her head. She attempted to call 911, but TAYLOR took her phone. E.C. was able to leave to try to get her dad's help. At that point, police had arrived and made initial contact with her.

6. TAYLOR waived his Miranda rights. TAYLOR admitted he had been in possession of E.C.'s phone. TAYLOR provided directions to find the phone, which

officers followed. There, police located E.C.'s phone, as well as a dark blue "shiesty" mask and a pocket knife.

7. Video surveillance shows TAYLOR walking from the backyard of the residence to the front porch where the items were located.

8. Police located a Glock pistol hidden between a fence and shed behind the residence where E.C.'s phone was located.

9. The firearm is a black Glock 42 .380 caliber pistol (S/N: AAYH293). It was loaded with a magazine containing five (5) rounds, with an additional round in the chamber.

10. GRPD swabbed the pistol and obtained a buccal swab from TAYLOR pursuant a search warrant. The swabs were submitted to the MSP lab for direct comparison.

11. On May 7, 2025, the MSP lab completed the analysis of the swabs and indicated: "This analysis provides moderate support that Tashawn Taylor is a contributor to the gun swab." "Based on the DNA typing results obtained from the gun swab, it is approximately 3.0 thousand times more likely if it originated from Tashawn Taylor and three unrelated, unknown contributors than if it originated from four unrelated, unknown contributors."

12. According to the Law Enforcement Information Network (LEIN), TAYLOR has the following felony convictions in the State of Michigan 17th Circuit Court located in Grand Rapids, Michigan:

a. 2008—Possessing a Controlled Substance less than 25 grams (MCL 333.74032A5), case number 20083322.

b. 2010—Possessing a Controlled Substance less than 25 grams (MCL 333.74032A5), case number 20108961.

13.   TAYLOR has the following felony conviction in the United States District Court Western District of Michigan: 2011—Conspiracy with Intent to Distribute Narcotics, case number 1:11-CR-292 (RJJ).

14.   The Glock pistol was manufactured outside the State of Michigan.

## Conclusion

15.   Based on the facts described above, I believe there is probable cause to believe that TASHAWN TAYLOR violated Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm.